IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **JASON LEE SMITH**;
2.    JOSHUA TOBEY PEREA;
3.    KRISTINE JOY SUMMERS,

    Defendant.

---

**ORDER SETTING HEARING ON MOTION TO WITHDRAW
AND MOTION TO CONTINUE TRIAL**

---

This matter comes before the Court on defendant's counsel's Unopposed Motion to Withdraw and Unopposed Motion to Continue Jury Trial (Dkt. # 68). Upon review of the motion and the file, the Court hereby

ORDERS that a hearing on said motion is set for **Wednesday, April 19, 2006 at 8:30 a.m.**

    DATED: April 11, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge