IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **JASON LEE SMITH**;
2. JOSHUA TOBEY PEREA;
3. KRISTINE JOY SUMMERS,

    Defendant.

---

### ORDER TO RESET HEARING

---

    This matter is before the Court *sua sponte*. The hearing on defendant's counsel's Unopposed Motion to Withdraw and Unopposed Motion to Continue Jury Trial (Dkt. # 68), currently set for April 19, 2006 at 8:30 a.m. is RESET to April 19, 2006 **at 2:00 p.m.**

    DATED: April 18, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge