IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00531-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    **JASON LEE SMITH**;
2.    JOSHUA TOBEY PEREA;
3.    KRISTINE JOY SUMMERS,

    Defendant.

---

## ORDER TO SET CHANGE OF PLEA HEARING
## AND VACATE HEARING AND TRIAL DATES

---

This matter is before the Court on Defendant Jason Lee Smith's Motion to Vacate Motions Hearing and Jury Trial (Dkt. # 102) and Notice of Disposition (Dkt. # 103).  A Change of Plea hearing is set for **Monday, August 14, 2006 at 11:30 a.m.**

**Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers AND to the Probation Department no later than <u>noon</u> on August 10, 2006.**  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  **The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom <u>at the time of the hearing</u> (*see* D.C.COLO.LCrR 11.1F).**  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the following dates are VACATED:

1. Motions hearing/status conference set for July 20, 2006 at 9:00 a.m.;
2. Final Trial Preparation Conference set for July 27, 2006 at 8:30 a.m.; and
3. Five-day jury trial set to commence August 7, 2006 at 1:30 p.m.

DATED:  July 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge