IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00531-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JASON LEE SMITH;

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR
DEFENDANT TO RECEIVE THE THIRD LEVEL FOR
ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. § 3E1.1(b)**

---

This matter comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the motion, for good cause shown, should be and is hereby GRANTED.

THEREFORE, this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of § 3E1.1 of the Sentencing Guidelines.

DONE AND ORDERED this 11th day of December, 2006.

                                          *s/ Phillip S. Figa*
                                        _____
                                        PHILLIP S. FIGA, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        DISTRICT OF COLORADO