IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00531-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      JASON LEE SMITH;

      Defendant.

---

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNTS TWO, THREE, FOUR AND FIVE OF THE INDICTMENT AS TO DEFENDANT JASON LEE SMITH ONLY

---

      THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

      ORDERED AND ADJUDGED that the motion, for good cause shown, should be and is hereby GRANTED.

      THEREFORE, pursuant to the Government's plea agreement with this defendant, Counts Two, Three, Four and Five of the Indictment are hereby DISMISSED WITH PREJUDICE as to this defendant only.

      DONE AND ORDERED this 11th day of December, 2006

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*
                                  _____
                                  PHILLIP S. FIGA, JUDGE
                                  UNITED STATES DISTRICT COURT
                                  DISTRICT OF COLORADO