**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00531-PSF-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JASON LEE SMITH,

       Defendant.

_____

**ORDER ALLOWING DISCLOSURE OF PRESENTENCE REPORT TO
TWENTIETH JUDICIAL DISTRICT PROBATION DEPARTMENT**
_____

       THIS MATTER is before the Court upon request by Senior U.S. Probation Officer Dee A. Clark, for permission to release the presentence report prepared in this case for review by Christine Szymczak, Probation Officer for the Twentieth Judicial District Probation Department. Upon further review, the Court

       ORDERS the presentence report prepared for the Court may be disclosed and viewed by Christine Szymczak. The Court

       FURTHER ORDERS that the presentence report not be copied or in any way disclosed beyond the scope of this Order. The Court

       FURTHER ORDERS that the Recommendation portion of the presentence report is not to be disclosed.

       DATED at Denver, Colorado, this   13th   day of June, 2007.

       BY THE COURT:

        s/Lewis T. Babcock
       Lewis T. Babcock
       United States District Judge